# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–13920–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Artie E Blunt
   aka Artie E Williams, aka Artie E Owens
   581 N 6th St
   Vineland, NJ 08360

Social Security No.:
   xxx–xx–0930

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 12, 2016.

On March 28, 2018, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                May 9, 2018
Time:                09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 29, 2018
JAN: jpl

                                                            Jeanne Naughton
                                                            Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                                    Case No. 16-13920-ABA
Artie E Blunt                                                             Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                Page 1 of 2        Date Rcvd: Mar 29, 2018
                               Form ID: 185               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2018.
db             +Artie E Blunt,    581 N 6th St,    Vineland, NJ 08360-2803
516123222      +ACAR Leasing Ltd,    d/b/a GM Financial Leasing,    PO Box 183692,    Arlington, TX 76096-3692
516035755     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,      PO Box 15019,    Wilmington, DE 19886)
516159108      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516035756      +Boscov's,    PO Box 71106,    Charlotte, NC 28272-1106
516035757      +Capital One Bank (USA),    PO Box 71083,    Charlotte, NC 28272-1083
516135144       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516035758      +Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
516168568      +EverBank,    Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Suite 900,
                 Mount Laurel, NJ 08054-4318
516167480      +EverBank,    Attn: Default Cash,    301 W. Bay Street,    Jacksonville, FL 32202-5180
516035759      +Everbank,    POB 2167,    Jacksonville, FL 32232-0004
516035760      +GM Fin Leasing,    75 Remittance Dr #1738,    Chicago, IL 60675-1738
516035763      +Sklar Law, LLC,    1200 Laurel Oak Road Suite 102,    Voorhees, NJ 08043-4317
516824838      +US Bank Cust for PC 4 Firstrust Bank,    Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,
                 Voorhees, NJ 08043-4381
516942729      +Wilmington Savings Fund Society,    Robertson, Anschutz & Schneid, P.L,,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2018 02:40:52     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2018 02:40:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516259919      +E-mail/Text: bnc@bass-associates.com Mar 30 2018 02:40:14     Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516035761      +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 02:43:05     Lowes,    PO Box 530914,
                 Atlanta, GA 30353-0914
516177375      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 30 2018 02:40:48     Midland Funding, LLC,
                 P.O. Box 2011,    Warren, MI 48090-2011
516035762      +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 02:43:24     Sams Club,    PO Box 530942,
                 Atlanta, GA 30353-0942
516035764      +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 02:42:48     Walmart,    PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Wilmington Savings Fund Society,    Robertson, Anschutz & Schneid, P.L,,    6409 Congress Ave.,,
                 Suite 100,    Boca Raton, FL 33487-2853
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2018 at the address(es) listed below:
              Celine P. Derkrikorian    on behalf of Creditor    EverBank njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2           Date Rcvd: Mar 29, 2018
                              Form ID: 185             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC 4 Firstrust Bank lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Robert P. Saltzman    on behalf of Creditor    EverBank dnj@pbslaw.org
          Stuart H. West    on behalf of Creditor    EverBank swest@pbslaw.org
          Terry  Tucker    on behalf of Debtor Artie E Blunt terrytucker@comcast.net

                                                                                                                              TOTAL: 9