Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Artie E Blunt

Case No.: 16-13920

Judge: _____

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☒ Original     ☐ Modified/Notice Required     ☒ Discharge Sought

☐ Motions Included     ☐ Modified/No Notice Required     ☐ No Discharge Sought

Date: 3/2/2016

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ 115.00 per month to the Chapter 13 Trustee, starting on April 1, 2016 for approximately 60 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

    ☐ Future earnings

    ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection**

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Trustee | Administrative | 10% of payments |
| Terry Tucker, Esq. (attorney for Debtor) | Administrative-counsel fee paid inside of Plan | $3,100.00 |

**Part 4:    Secured Claims**

**a.  Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

| | | |
|---|---|---|
| d. **Secured Claims Unaffected by the Plan** The following secured claims are unaffected by the Plan: | | Everhome-mortgage GM Financial Leasing-leased '15 Chevy Cruze |
| e. **Secured Claims to be Paid in Full Through the Plan**: | | |

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| | | |

### Part 5:  Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

### Part 6:  Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| GM Financial Leasing | Auto('15 Chevy Cruze) lease | Assume (since turned back in) |

**Part 7:    Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

   b.  **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

   c.  **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☐ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Attorney Fees
3) Priority Claims
4) Secured Claims

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: 3/28/2018 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtor inherited a 1/5 interest in 214 Bernadette Ln, Newtonville, NJ, which was not listed in the schedules or Plan, and is now the subject of a stay relief motion By Wilmington Savings Trust | This property is to be surrendered |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 3/28/2018                                    /s/Terry Tucker
                                                   Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 3/28/2018                                    /s/Artie Blunt
                                                   Debtor

Date: _____                             /s/
                                                   Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:
Artie E Blunt
    Debtor

Case No. 16-13920-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Mar 29, 2018
                      Form ID: pdf901      Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.

```
db              +Artie E Blunt,    581 N 6th St,    Vineland, NJ 08360-2803
516123222       +ACAR Leasing Ltd,    d/b/a GM Financial Leasing,    PO Box 183692,    Arlington, TX 76096-3692
516035755      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886)
516159108       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516035756       +Boscov's,    PO Box 71106,    Charlotte, NC 28272-1106
516035757       +Capital One Bank (USA),    PO Box 71083,    Charlotte, NC 28272-1083
516135144        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516035758       +Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
516168568       +EverBank,    Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Suite 900,
                 Mount Laurel, NJ 08054-4318
516167480       +EverBank,    Attn: Default Cash,    301 W. Bay Street,    Jacksonville, FL 32202-5180
516035759       +Everbank,    POB 2167,    Jacksonville, FL 32232-0004
516035760       +GM Fin Leasing,    75 Remittance Dr #1738,    Chicago, IL 60675-1738
516035763       +Sklar Law, LLC,    1200 Laurel Oak Road Suite 102,    Voorhees, NJ 08043-4317
516824838       +US Bank Cust for PC 4 Firstrust Bank,    Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,
                 Voorhees, NJ 08043-4381
516942729       +Wilmington Savings Fund Society,    Robertson, Anschutz & Schneid, P.L,,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2018 02:40:53     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2018 02:40:49     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516259919       +E-mail/Text: bnc@bass-associates.com Mar 30 2018 02:40:14     Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516035761       +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 02:42:48     Lowes,    PO Box 530914,
                 Atlanta, GA 30353-0914
516177375       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 30 2018 02:40:48     Midland Funding, LLC,
                 P.O. Box 2011,    Warren, MI 48090-2011
516035762       +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 02:43:07     Sams Club,    PO Box 530942,
                 Atlanta, GA 30353-0942
516035764       +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 02:43:06     Walmart,    PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Wilmington Savings Fund Society,    Robertson, Anschutz & Schneid, P.L,,    6409 Congress Ave.,,
                 Suite 100,    Boca Raton, FL 33487-2853
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2018 at the address(es) listed below:

```
              Celine P. Derkrikorian    on behalf of Creditor    EverBank njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin               Page 2 of 2           Date Rcvd: Mar 29, 2018
                              Form ID: pdf901           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Linda S. Fossi    on behalf of Creditor     US Bank Cust for PC 4 Firstrust Bank
           lfossi@zeitzlawfirm.com,
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Robert P. Saltzman    on behalf of Creditor    EverBank dnj@pbslaw.org
          Stuart H. West    on behalf of Creditor    EverBank swest@pbslaw.org
          Terry  Tucker    on behalf of Debtor Artie E Blunt terrytucker@comcast.net
                                                                                             TOTAL: 9
```