| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Artie E Blunt** | Social Security number or ITIN    xxx–xx–0930 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–13920–ABA | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Artie E Blunt
aka Artie E Williams, aka Artie E Owens

5/5/21

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 16-13920-ABA |
|---|---|
| Artie E Blunt | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: 3180W | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Artie E Blunt, 581 N 6th St, Vineland, NJ 08360-2803 |
| cr | + | TIAA d/b/a EverBank, 301 W. Bay Street, Jacksonville, FL 32202-5147 |
| cr | + | TIAA, FSB, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 516123222 | + | ACAR Leasing Ltd, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 516159108 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516035756 | + | Boscov's, PO Box 71106, Charlotte, NC 28272-1106 |
| 516168568 | + | EverBank, Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 516035759 | + | Everbank, POB 2167, Jacksonville, FL 32232-0004 |
| 516035760 | + | GM Fin Leasing, 75 Remittance Dr #1738, Chicago, IL 60675-1738 |
| 516035763 | #+ | Sklar Law, LLC, 1200 Laurel Oak Road Suite 102, Voorhees, NJ 08043-4317 |
| 519121467 | + | TIAA, FSB, LoanCare, LLC, 3637 Sentara Way, Virginia Beach VA 23452-4262 |
| 519121468 | + | TIAA, FSB, LoanCare, LLC, 3637 Sentara Way, Virginia Beach VA 23452, TIAA, FSB LoanCare, LLC 23452-4262 |
| 516824838 | + | US Bank Cust for PC 4 Firstrust Bank, Gary C. Zeitz, LLC, 1101 Laurel Oak Road, Suite 170, Voorhees, NJ 08043-4381 |
| 516942729 | + | Wilmington Savings Fund Society, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 05 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 05 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516035755 | | EDI: BANKAMER.COM | May 06 2021 00:23:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 516035757 | + | EDI: CAPITALONE.COM | May 06 2021 00:23:00 | Capital One Bank (USA), PO Box 71083, Charlotte, NC 28272-1083 |
| 516135144 | | EDI: CAPITALONE.COM | May 06 2021 00:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516259919 | + | EDI: BASSASSOC.COM | May 06 2021 00:23:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 516035758 | | EDI: JPMORGANCHASE | May 06 2021 00:23:00 | Cardmember Service, PO Box 15153, Wilmington, DE 19886 |
| 516035761 | + | EDI: RMSC.COM | May 06 2021 00:23:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 516177375 | + | EDI: MID8.COM | May 06 2021 00:23:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 516035762 | + | EDI: RMSC.COM | May 06 2021 00:23:00 | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: May 05, 2021 | Form ID: 3180W | Total Noticed: 26

| 516167480 | Email/Text: BKMail@tiaabank.com | | |
| | | May 05 2021 20:24:00 | EverBank, Attn: Default Cash, 301 W. Bay Street, Jacksonville, FL 32202 |
| 516035764 | + EDI: RMSC.COM | | |
| | | May 06 2021 00:23:00 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | \*+ | Wilmington Savings Fund Society, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.,, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2021          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Celine P. Derkrikorian | on behalf of Creditor EverBank njecfmail@mwc-law.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor TIAA  FSB hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Linda S. Fossi | on behalf of Creditor US Bank Cust for PC 4 Firstrust Bank lfossi@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| Robert P. Saltzman | on behalf of Creditor EverBank dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor TIAA d/b/a EverBank dnj@pbslaw.org |
| Sindi Mncina | on behalf of Creditor TIAA  FSB smncina@raslg.com |
| Stuart H. West | |

on behalf of Creditor EverBank swest@pbslaw.org

Terry Tucker

on behalf of Debtor Artie E Blunt terrytucker@comcast.net

TOTAL: 12